# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| THOMAS, DEAN & HOSKINS, INC., and KEITH D. WARING, <br><br> Plaintiffs, <br> vs. <br><br> WEST AMERICAN INSURANCE COMPANY, <br><br> Defendant. | Cause No. 17-cv-00025-BMM <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation for Dismissal With Prejudice and good cause appearing:

IT IS HEREBY ORDERED the above cause is dismissed with prejudice, with each party to bear their own costs and attorney fees.

DATED this 12th day of October, 2017.

Brian Morris
United States District Court Judge